UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLESETTA WILLIAMS** | **CIVIL ACTION NO. 08-745-P** |
| **VERSUS** | **JUDGE HICKS** |
| **CADDO CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## REPORT AND RECOMMENDATION

In accordance with the standing order of this Court, this matter was referred to the undersigned Magistrate Judge for review, report and recommendation.

## STATEMENT OF CLAIM

Before the Court is a civil rights complaint filed in forma pauperis by pro se plaintiff Charlesetta Williams ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this Court on May 22, 2008. Plaintiff claims her civil rights were violated during and after her arrest. She names numerous defendants including the Caddo Correctional Center, Deputy Hall, Deputy Washington, Deputy Crites, Deputy Highfield, Deputy Hawkins, Deputy Jefferson, Deputy Darby, and the First Judicial District Court.

Plaintiff claims that on June 12, 2002, she was falsely arrested and charged with simple felony arson. She claims a Shreveport Police Officer kidnaped her and transported her to the Shreveport City Jail. She claims there was no evidence to arrest and detain her for the charge of simple felony arson.